FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0702

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0702

_____

IN RE THE MARRIAGE OF:

STEVAN STREIT WILLIAMS,

        Petitioner and Appellee,

    v.

LINDSAY MARIE WILLIAMS,

        Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew J. Wald, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020